**THE HONORABLE MARY JO HESTON**
**CHAPTER 13**
**HEARING DATE: April 25, 2019**
**HEARING TIME: 1:00 P.M.**
**LOCATION: Tacoma, Washington**

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re: | Case No.: 19-40585-MJH |
| CYNTHIA ALICE CICHY and ATHENA ANN ELROD, | TRUSTEE'S OBJECTION TO CONFIRMATION WITH STRICT COMPLIANCE |
| Debtors. | |

**COMES NOW**, Michael G. Malaier, Chapter 13 Standing Trustee, and objects to confirmation as follows:

## BACKGROUND

Debtors filed this Chapter 13 case on February 28, 2019. The applicable commitment period is sixty months. The case is currently in the second month and the Meeting of Creditors has been completed. The bar date for filing non-governmental claims is May 9, 2019. Scheduled unsecured claims total $245,341.00. Debtors propose to pay at least $25,229.40 to allowed nonpriority unsecured claims.

TRUSTEE'S OBJECTION TO CONFIRMATION
WITH STRICT COMPLIANCE - 1

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

## OBJECTION

☐ Plan is not feasible:

☒ Plan is not proposed in good faith or is forbidden by law: The debtors are not eligible to be debtors in chapter 13. The current debt limit under §109(e) for unsecured claims is $394,725.00. As of the date of this motion, filed claims total $412,800.67. "Eligibility [is] normally determined by the debtor's originally filed schedules, checking only to see if the schedules were made in good faith." *In re Scovis*, 249 F.3d 975 (9th Cir. 2001). In the present case, debtors reported only $245,341.00 in unsecured claims. However, several of the student loan claims were listed with an "unknown" value. On March 23, 2019, the US department of Education filed a claim for $290,802.03. Claim # 7. This claim appears to be one of the claims listed with an "unknown" value. As a result, it does not appear that the schedules were filed in good faith, and the current plan should not be confirmed.

☐ Plan fails to commit all excess disposable income for the applicable commitment period as required by 11 U.S.C. § 1325(b)(1)(B):

☐ Plan does not meet the best interests of creditors test as required by 11 U.S.C. § 1325(a)(4):

☐ Schedules or other documentation insufficient:

☐ Other:

**WHEREFORE**, Trustee requests that the objection to confirmation be sustained and debtors be ordered to file a motion to confirm a plan resolving the issues raised herein within 14 days of entry of the Order Sustaining Trustee's Objection to Confirmation; and to set the hearing on the next available motion calendar after the 14 days expires. If the Motion to Confirm resolving the Trustee's issues is not filed and set for hearing as outlined above, the Trustee requests he be allowed to enter an order dismissing the case, *ex parte*, without notice.

**DATED** this 15th day of April, 2019.

/s/ Matthew J.P. Johnson
Matthew J.P. Johnson, WSBA# 40476 for
Michael G. Malaier, Chapter 13 Trustee

TRUSTEE'S OBJECTION TO CONFIRMATION
WITH STRICT COMPLIANCE - 2

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

# CERTIFICATE OF MAILING

I certify under penalty of perjury under the laws of the United States I caused to be mailed via regular mail a true and correct copy of Trustee's Objection to Confirmation and Declaration to the following:

Cynthia Alice Cichy
Athena Ann Elrod
4301 S. 62nd Street
Tacoma, WA 98409

The following parties received notice via ECF:

Ellen Ann Brown
Lance E. Olsen
U.S. Trustee

Executed at Tacoma, Washington this 15th day of April, 2019.

/s/ Tracy Maher
Tracy Maher
Motion Coordinator for
Chapter 13 Trustee

TRUSTEE'S OBJECTION TO CONFIRMATION
WITH STRICT COMPLIANCE - 3

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600